AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original

CLERK'S OFFICE
A TRUE COPY
Dec 16, 2020
s/ JeremyHeacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* USPS Priority Mail parcel 9205 5902 8527 1906 9068 69 | Case No. 20-M-488 (SCD) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the  Eastern  District of  Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel 9205 5902 8527 1906 9068 69. See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before  12-30-20  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Stephen C. Dries  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  12-16-20. 9:55 am

*Judge's signature*

City and state:  Milwaukee, Wisconsin    Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                    _____
                          *Executing officer's signature*

                    _____
                         *Printed name and title*

## ATTACHMENT A
*Property to be searched*

The property to be searched is United States Priority Mail parcel bearing tracking number 9205 5902 8527 1906 9068 69 ("SUBJECT PARCEL"). The SUBJECT PARCEL is described as a 12 inches by 12 inches by 12 inches, brown colored cardboard box weighing approximately 8 pounds and 8 ounces. There is also a USPS label bearing an international tracking number GE2011030199. The parcel bears a label addressed from "345 Baldwin Park Blvd. City of Industry, CA 91746-1411." The handwritten label is addressed to "Jesse Ahquin, 175 4th St. Waukesha, WI 53188-5159." The postage paid was $19.00.

# ATTACHMENT B
*Property to be seized*

All fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), including but not limited to any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances, including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, and financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, or times when controlled substances were obtained, transferred, sold, distributed, or concealed.